7:21-cv-00065

# REGISTER OF ACTIONS
## CASE NO. CL-21-0172-A

| | | |
|---|---|---|
| Hilda V. Ybarra VS. Costco Wholesale Corporation | § § § § § | Case Type: Injury or Damage - Other (OCA)<br>Date Filed: 01/07/2021<br>Location: County Court at Law #1 |

---

### PARTY INFORMATION

| | | Attorneys |
|---|---|---|
| **Defendant** | Costco Wholesale Corporation | ROBERT A. VALADEZ<br>*Retained*<br>210-349-0515(W) |
| **Plaintiff** | Ybarra, Hilda V. | DEREK IVAN SALINAS<br>*Retained*<br>956-287-4416(W) |

---

### EVENTS & ORDERS OF THE COURT

**OTHER EVENTS AND HEARINGS**

| | |
|---|---|
| 01/07/2021 | **Original Petition (OCA)**<br>Plaintiff's Original Petition with Discovery |
| 01/14/2021 | **Citation Issued** |
| 01/26/2021 | **Service Returned - Served**<br>Costco served on 1-22-21 |
| 01/29/2021 | **Answer**<br>Costco Wholesale Corporation's Original Answer to Plaintiff's Original Petition. |
| 01/29/2021 | **Request**<br>Defendant's Jury Demand |

---

### FINANCIAL INFORMATION

| | | | | |
|---|---|---|---|---|
| | **Defendant** Costco Wholesale Corporation<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 02/19/2021** | | | 40.00<br>40.00<br>**0.00** |
| 02/01/2021<br>02/01/2021 | Transaction Assessment<br>EFile Payments from TexFile | Receipt # 2021-001124 | Costco Wholesale Corporation | 40.00<br>(40.00) |

| | | | | |
|---|---|---|---|---|
| | **Plaintiff** Ybarra, Hilda V.<br>Total Financial Assessment<br>Total Payments and Credits<br>**Balance Due as of 02/19/2021** | | | 322.00<br>322.00<br>**0.00** |
| 01/07/2021<br>01/07/2021 | Transaction Assessment<br>EFile Payments from TexFile | Receipt # 2021-000261 | Ybarra, Hilda V. | 322.00<br>(322.00) |