



7:21-cv-00065

# Franchise Tax Account Status
As of : 02/19/2021 17:15:28

This page is valid for most business transactions but is not sufficient for filings with the Secretary of State

| COSTCO WHOLESALE CORPORATION | |
|---|---|
| Texas Taxpayer Number | 19112232806 |
| Mailing Address | 999 LAKE DR STE 200 ISSAQUAH, WA 98027-5367 |
| Right to Transact Business in Texas | ACTIVE |
| State of Formation | WA |
| Effective SOS Registration Date | 09/15/1999 |
| Texas SOS File Number | 0012842406 |
| Registered Agent Name | CT CORPORATION SYSTEM |
| Registered Office Street Address | 1999 BRYAN ST., STE. 900 DALLAS, TX 75201 |