7:21-cv-00065

## CAUSE NO. 2020CI22812

| | | |
|---|---|---|
| **HILDA YBARRA,** | § | **IN THE COUNTY COURT** |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **AT LAW NO. 1** |
| | § | |
| **COSTCO WHOLESALE** | § | |
| **CORPORATION** | § | |
| **Defendant** | § | **BEXAR COUNTY, TEXAS** |

## <u>DEFENDANT'S NOTICE OF FILING OF NOTICE OF REMOVAL</u>

Notice is given that Defendant COSTCO WHOLESALE CORPORATION, has filed a Notice of Removal on this day, attached as Exhibit A, in the office of the Clerk of the United States District Court for the Southern District of Texas, McAllen Division.

Respectfully submitted,

Shelton & Valadez, P.C.
600 Navarro, Suite 500
San Antonio, Texas  78205-1860
Ph:  (210) 349-0515
Fx:  (210) 349-3666
rvaladez@shelton-valadez.com

By: _____*/s/ Robert A. Valadez*_____
      ROBERT A. VALADEZ
      State Bar No.  20421845

**ATTORNEY FOR DEFENDANT**
**COSTCO WHOLESALE CORPORATION**

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the above and foregoing was forwarded in accordance with the Texas Rules of Civil Procedure on the 19th day of February 2021 to:

***VIA E-MAIL AND E-SERVICE***
Humberto Tijerina, III
Cesar Palma
Derek I. Salinas
Tijerina Legal Group, P.C.
TijerinaLit@gmail.com
1200 South Col. Rowe Boulevard, Suite 4A
McAllen, Texas 78501
Telephone: (956) 777-7000
Fax:      (956) 972-0144


    */s/ Robert A. Valadez*
ROBERT A. VALADEZ