# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## MCALLEN DIVISION

| | | |
|---|---|---|
| **HILDA YBARRA**<br>*Plaintiff* | § § § § | |
| **V.** | § § § | CIVIL ACTION NO. 7:21-CV-00065 |
| **COSTCO WHOLESALE CORPORATION**<br>**D***efendant* | § § § | |

## AGREED MOTION TO DISMISS

Plaintiff HILDA YBARRA and Defendant COSTCO WHOLESALE CORPORATION file this Agreed Motion to Dismiss. Plaintiff HILDA YBARRA and Defendant COSTCO WHOLESALE CORPORATION announce to the Court that all matters in controversy have been compromised and settled by agreement and that Plaintiff HILDA YBARRA shall take nothing against Defendant COSTCO WHOLESALE CORPORATION and each party is to bear its own costs. Plaintiff HILDA YBARRA and Defendant COSTCO WHOLESALE CORPORATION respectfully pray that the Court approve and enter the attached Agreed Order of Dismissal.

Respectfully submitted,

By: /S/Wayne Colodny
ROBERT A. VALADEZ
State Bar No. 20421845
WAYNE COLODNY
State Bar Number: 04626440
SHELTON & VALADEZ, P.C.
600 Navarro St., Suite 500
San Antonio, Texas 78205
Phone: (210) 349-0515
Fax: (210) 349-3666

rvaladez@shelton-valadez.com
ATTORNEY FOR DEFENDANT

By: *[signature]*
Derek Salinas
Humberto Tijerina, III
Cesar Palma
Tijerina Legal Group, P.C.
1200 S. Col. Rowe Blvd., Suite 4A
McAllen, Texas 78501
Phone: (956) 777-7000
Fax: (956) 972-0144
TijerinaLit@gmail.com
Attorneys for PLAINTIFF