Case 7:21-cv-00065   Document 17   Filed on 08/02/22 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
August 03, 2022
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| HILDA YBARRA<br>*Plaintiff* | § § § | |
| V. | § § | CIVIL ACTION NO. 7:21-CV-00065 |
| COSTCO WHOLESALE CORPORATION<br>*Defendant* | § § § § | |

## ORDER OF DISMISSAL

On _this day_, the Court considered Agreed Motion to Dismiss filed by Plaintiff, HILDA YBARRA and the court, being of the opinion that same should be granted, ORDERS that Plaintiff's cause of action against Defendant, COSTCO WHOLESALE CORPORATION is DISMISSED WITH PREJUDICE with each party bearing its own court costs.

All relief not granted in this order is DENIED.

SIGNED on _8/2/_, 2022

_____
HONORABLE JUDGE PRESIDING

Cc:
Derek Salinas, TijeirnaLit@tlegalgroup.com
Robert Valadez, rvaladez@shelton-valadez.com